| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Florida |
| Case number (If known): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  Brazen Sky Limited

2. **Debtor's unique identifier**

   **For non-individual debtors:**
   ☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __
   ☑ Other 1723620 . Describe identifier BVI Company Number .

   **For individual debtors:**
   ☐ Social Security number: xxx – xx– __ __ __ __
   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __
   ☐ Other _____ . Describe identifier _____ .

3. **Name of foreign representative(s)**  Angela Barkhouse, Helen Janes, and Carl Jackson

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  Voluntary Liquidation pending in British Virgin Islands

5. **Nature of the foreign proceeding**

   Check one:
   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

Debtor    **Brazen Sky Limited**                                  Case number (*if known*)
         Name

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

    (i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

    (ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

    (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   | Country where the debtor has the center of its main interests: | Debtor's registered office: |
   |---|---|
   | British Virgin Islands | Floor 4, Banco Popular Building |
   | | Number     Street |
   | | |
   | | P.O. Box |
   | | Road Town, Tortola        VG1110 |
   | | City    State/Province/Region    ZIP/Postal Code |
   | | British Virgin Islands |
   | | Country |

   | Individual debtor's habitual residence: | Address of foreign representative(s): |
   |---|---|
   | | 142 Seafarer Way |
   | Number     Street | Number     Street |
   | | |
   | P.O. Box | P.O. Box |
   | | George Town, Grand Cayman KY1-9006 |
   | City    State/Province/Region    ZIP/Postal Code | City    State/Province/Region    ZIP/Postal Code |
   | | Cayman Islands |
   | Country | Country |

10. **Debtor's website** (URL)   _____

11. **Type of debtor**

    *Check one:*

    ☑ Non-individual (*check one*):

       ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

       ☐ Partnership

       ☐ Other. Specify: _____

    ☐ Individual

Debtor **Brazen Sky Limited**
_____Name_____

Case number *(if known)*_____

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _/s/_____          Angela Barkhouse_____
Signature of foreign representative                              Printed name

Executed on   08/30/2022
                     MM / DD / YYYY

X _____          _____
Signature of foreign representative                              Printed name

Executed on   _____
                     MM / DD / YYYY

**14. Signature of attorney**

X /s/ Gregory S. Grossman_____          Date   08/31/2022
Signature of Attorney for foreign representative                MM / DD / YYYY

Gregory S. Grossman_____
Printed name

Sequor Law, P.A._____
Firm name

1111 Brickell Avenue, Suite 1250_____
Number    Street

Miami_____          FL        33131_____
City                                                              State     ZIP Code

(305) 372-8282_____          ggrossman@sequorlaw.com_____
Contact phone                                                Email address

896667_____          FL_____
Bar number                                                    State

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Brazen Sky Limited                                                Chapter 15

      Debtor in a Foreign Proceeding.                Case No.:
_____/

In re:

Aabar Investments PJS Limited                        Chapter 15

      Debtor in a Foreign Proceeding.               Case No.:
_____/

In re:

Tanore Finance Corporation                           Chapter 15

      Debtor in a Foreign Proceeding.               Case No.:
_____/

In re:

Blackstone Asia Real Estate Partners Limited      Chapter 15

      Debtor in a Foreign Proceeding.               Case No.:
_____/

In re:

Vasco Investment Services SA                      Chapter 15

      Debtor in a Foreign Proceeding.               Case No.:
_____/

In re:

Selune Limited                                               Chapter 15

      Debtor in a Foreign Proceeding.               Case No.:
_____/

In re:

Pacific Rim Global Growth Limited                    Chapter 15

    Debtor in a Foreign Proceeding.            Case No.:
_____/

In re:

Affinity Equity International Partners Limited       Chapter 15

    Debtor in a Foreign Proceeding.            Case No.:
_____/

In re:

Bridge Global Absolute Return Fund SPC               Chapter 15

    Debtor in a Foreign Proceeding.            Case No.:
_____/

## RULE 7007.1 CORPORATE OWNERSHIP STATEMENT

Angela Barkhouse, Helen Janes, and Carl Jackson, the Joint Liquidators (the "JLs") of Brazen Sky Limited ("Brazen Sky"), Aabar Investments PJS Limited ("Aabar-BVI"), Tanore Finance Corporation ("Tanore"), Blackstone Asia Real Estate Partners Limited ("Blackstone"), Vasco Investment Services SA ("Vasco"), Selune Limited ("Selune"), Pacific Rim Global Growth Limited ("Pacific Rim") and Affinity Equity International Partners Limited ("Affinity") (collectively the "BVI Companies") and Angela Barkhouse and George Kimberley Leck (the "JOLs" and together with the JLs, the "Liquidators" or "Foreign Representatives"), the Joint Official Liquidators of Bridge Global Absolute Return Fund SPC ("Bridge Global Fund"), hereby disclose the following regarding the Debtors pursuant to Federal Rule of Bankruptcy Procedure 7007.1:

2

SEQUOR LAW, P.A.

1. 1Malaysia Development Berhad ("1MDB"), a Malaysian company, owns one-hundred percent (100%) of the equity interest in Debtor Brazen Sky, a British Virgin Islands ("BVI") company.

2. Aabar Investments PJS, a United Arab Emirates company, owns one-hundred percent (100%) of the equity interest in Debtor Aabar-BVI, a BVI company.

3. Al Qubaisi Khadem Abdulla Khadem Butti owns one-hundred percent (100%) of the equity interest in Debtor Vasco, a BVI company.

4. Harris Worldwide Ltd, a BVI company, owns one-hundred percent (100%) of the equity interest in Debtor Tanore, a BVI company.

5. Sure Whole Limited, a BVI company, owns one-hundred percent (100%) of the equity interest in Debtor Blackstone, a BVI company.

6. Based on filings from the Department of Justice, the JLs believe that Jho Low beneficially owns one-hundred percent (100%) of the equity interest in Debtor Selune, a BVI company. The JLs have not received Selune's registered agent's records yet.

7. Records indicate that Warren Dudley Allderige owns one-hundred percent (100%) of the equity interest in Debtor Pacific Rim, a BVI company. However, Mr. Allderige communicated to the JLs that Pacific Rim was sold to a Thai-based investment company. The JLs are yet to receive documents substantiating the sale but the appointment of Philip Newson of Devonshire Capital Limited, a Thai company, as a director of Pacific Rim on August 22, 2014 suggests a sale may have occurred.

8. Fortune Capital Enterprises Ltd, a BVI company, owns one-hundred percent (100%) of the equity interest in Debtor Affinity, a BVI company.

9. Bridge Global Asset Management Ltd, a Cayman Islands company, owns one-hundred percent (100%) of the equity interest in Debtor Bridge Global Fund, a Cayman Islands company.

Dated: August 31, 2022

        Respectfully submitted,

        SEQUOR LAW, P.A.
        1111 Brickell Avenue, Suite 1250
        Miami, Florida 33131
        Telephone: (305) 372-8282
        Facsimile: (305) 372-8202
        Email: ggrossman@sequorlaw.com
                jmendoza@sequorlaw.com
                jmosquera@sequorlaw.com

By: */s/ Juan J. Mendoza*
     Gregory S. Grossman
     Florida Bar No. 896667
     Juan J. Mendoza
     Florida Bar No.: 113587
     Jennifer Mosquera
     Florida Bar No.: 1018656